UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| (Rural Development) : | |
|     Plaintiff : | CIVIL NO. 98-1513 (PG) |
| : | FORECLOSURE OF MORTGAGE |
| v. : | |
| : | |
| MAGDALENA TORRES RODRIGUEZ : | |
|     Defendant : | |
| : | |

### ORDER FOR CANCELLATION OF LIS PENDENS

Upon motion by the plaintiff, United States of America, it is hereby ORDERED that the Lis Pendens made on the real estate property described hereinbelow by virtue of the Lis Pendens issued in this case, be cancelled and that a Writ for Cancellation of Lis Pendens be issued by the Clerk of this Court whereby the Registrar of Property of Utuado, Puerto Rico, shall be directed to cancel of record said Lis Pendens:

> URBANA: Solar marcado con el Número Siete (7) de la mansana "C" según plano de inscripción del proyecto de solares denominado FHVST-Ciento Trece (FHVST-113) radicado en el barrio Pueblo del término municipal de Adjuntacs, digo Adjuntas, Puerto Rico. Dicho solar tiene un área de Quinientos dieciocho (518) metros cuadrados con Nueve (9) centésimas de metro cuadrado; en lindes por el Norte, con terrenos de Vicente Zayas Pizarro, distancia de catorce metros con noventicuatro centímetros; por el Sur, con la calle número dos, distancia de catorce metros con noventidos centímetros; por el ESTE, con el solar número ocho, distancia de treinticuatro metros con cuarenticinco centímetros; por el Oeste, con el solar número seis, distancia de treinticuatro metros con noventisiete centímetros.
>
> Este solar tiene un area de ciento cincuentidos metros con noventinueve centímetros en talud.



U.S. v. Magdalena Torres Rodriguez
Civil No. 98-1513(PG)
Page 2

> Contiene una casa de una planta construída de hormigón armado y bloques de hormigón que consiste de tres (3) dormitorios, sala comedor-cocina, a digo gabinetes, baño, botiquin, lampara, calentador, balcón y pileta de lavado con una área de construcción total de Mil trescientos cincuenta y tres pies cuadrados con cuarenta y cuatro centesímas de pie cuadrado (1,353.44 p.c.)

Plaintiff's mortgage is recorded at page 222 of volume 235 of Adjuntas, Puerto Rico, property number 9864, 1st inscription at the Registry of the Property of Utuado, Puerto Rico.

Lis Pendens recorded at the Property Registry of Utuado, at page 297, entry 127, upon the property subject of this action.

Given at San Juan, Puerto Rico, this 21st day of September, 1999.

_____
UNITED STATES DISTRICT JUDGE